In re Petition for DISCIPLINARY AC-
TION AGAINST Richard J. HAE-
FELE, a Minnesota Attorney, Regis-
tration No. 39214.

No. A05–498.

Supreme Court of Minnesota.

Nov. 28, 2005.

ORDER

Following a hearing on a petition for
disciplinary action filed against Richard J.
Haefele, the referee found that respondent
committed professional misconduct war-
ranting public discipline, namely, engaging
in a consensual sexual relationship with a
client and entering into a series of busi-
ness transactions with the same client
without written disclosure of the potential
conflicts and without providing for fair and
reasonable terms for his client in violation
of Minn. R. Prof. Conduct 1.8(k) and 1.8(a).
The referee recommended that respondent
be suspended from the practice of law for
six months.

The Director of the Office of Lawyers
Professional Responsibility and respondent
have entered into a stipulation in which
they agree that the referee's findings of
fact and conclusions of law are conclusive,
respondent waives briefing and oral argu-
ment to the Supreme Court, and the par-
ties jointly recommend that the appropri-
ate discipline is a six-month suspension
conditioned upon payment of $900 in costs
and disbursements under Rule 24, Rules
on Lawyers Professional Responsibility
(RLPR), and compliance with Rule 26,
RLPR.

This court has independently reviewed
the file and approves the jointly recom-
mended disposition.

Based upon all the files, records and
proceedings herein,

IT IS HEREBY ORDERED that respondent Richard J. Haefele is suspended from the practice of law for a period of six months, effective immediately. Respondent's reinstatement under Rule 18(a)-(e), RLPR, is conditioned upon payment of $900 in costs and disbursements under Rule 24, RLPR, and compliance with Rule 26, RLPR.

BY THE COURT:

/s/Russell A. Anderson
Associate Justice